# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation,  )<br><br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>EQUITY MANAGEMENT, INC.  )<br>4365 Executive Drive, Suite 1000  )<br>San Diego, CA 92121  )<br>  )<br>Defendant.  ) | C.A. No. 08-401-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Equity Management, Inc. shall move, answer or otherwise respond to the complaint is extended to and including October 1, 2008.

| | |
|---|---|
| /s/ James E. Semple (#396) | /s/ Steven J. Fineman (#4025) |
| James E. Semple (#396) | Jeffrey L. Moyer (#3309) |
| jsemple@morrisjames.com | Moyer@rlf.com |
| David J. Soldo (#4309) | Steven J. Fineman (#4025) |
| dsoldo@morrisjames.com | Fineman@rlf.com |
| Morris James LLP | Richards, Layton & Finger P.A. |
| 500 Delaware Avenue | One Rodney Square |
| Suite 1500 | P.O. Box 551 |
| P.O. Box 2306 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 651-7700 |
| 302-888-6800 | Attorneys for Defendant Equity Management, Inc. |
| Attorneys for Plaintiff E.I. du Pont de Nemours and Company | |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge

RLF1-3299185-1